

THE LAW OFFICES OF
# Richman Hill & Associates PLLC

2027 Williamsbridge Road, Bronx, NY 10461
718.892.8588 | fax: 718.518.0674

Stacey Richman, Esq.
srichmanlaw@msn.com

Renée C. Hill, Esq.
rhillesq@msn.com

December 15, 2015

Judge Andrew L. Carter, Jr.
**Chambers**
United States District Court Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

>   RE: United States v. Halberstam
>   1:15-CR-00825 (ALC)
>   Scheduling Request
>   Current Appearance: 12/16/15 10:45 a.m.
>   Request: 12/17/15 3:00 p.m.

Your Honor:

   I have been retained in this matter on behalf of Mr. Halberstam. I have spoken with AUSA Beaty. We jointly requests that this matter be rescheduled from tomorrow at 10:45 a.m. to Thursday, December 17, 2015 at 3:00 p.m. I apologize however I am already scheduled to before another court at the time chosen by Mr. Weinstein, my predecessor.

   We look forward to your word.

                                                    Most respectfully,

                                                    Stacey Richman

cc:
Philip Weinstein
Philip_weinstein@fd.org

AUSA Douglas Beaty
Andrew.beaty@usdoj.gov