# THE LAW OFFICES OF
# Richman Hill & Associates PLLC

2027 Williamsbridge Road, Bronx, NY 10461
718.892.8588 | fax: 718.518.0674

Stacey Richman, Esq.
srichmanlaw@msn.com

Renée C. Hill, Esq.
rhillesq@msn.com

December 15, 2015

Judge Andrew L. Carter, Jr.
**Chambers**
United States District Court Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

> RE: United States v. Halberstam
> 1:15-CR-00825 (ALC)
> Scheduling Request
> Current Appearance: 12/17/15 3:00 p.m.
> Request: 12/18/15 10:00 a.m.

Your Honor:

    In accord with my discussions with AUSA Beaty please receive this letter as a formal request for the adjustment to our first appearance in this matter with our apologies.

    Mr. Halberstam's wife has not seen him in six weeks and she had been approved for a visit at the same time as our appointment. She had gone to great lengths to organize their children and see her husband. She will not be able to see him for some time there after.

    We look forward to your word.

Most respectfully,

Stacey Richman

cc:
Philip Weinstein
Philip_weinstein@fd.org

AUSA Douglas Beaty
Andrew.beaty@usdoj.gov