

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 25, 2018

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States* v. *Elliot Halberstam*, 15 Cr. 825 (ALC)

Dear Judge Carter:

  The Government writes respectfully to request that the plea conference scheduled in the above-captioned case for June 26, 2018, at 2:00 p.m. be adjourned for approximately two weeks. Based on communications with Your Honor's chambers and with defense counsel, the Government understands that July 9, 2018, at 3:45 p.m. is convenient for the Court and for all parties.

  The Government further respectfully requests that time under the Speedy Trial Act be excluded from June 26, 2018, through July 9, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice are served by this exclusion of time so that the parties may finalize a pre-trial disposition of this case. Defense counsel consents to the exclusion of time.

         Respectfully submitted,

         GEOFFREY S. BERMAN
         United States Attorney

     by: _____
         Andrew D. Beaty
         Assistant United States Attorney
         (212) 637-2198

cc: Stacey Richman, Esq.