USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: _1-7-19_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

- against -

Elliot Halberstam,

Defendant

15 CR 825 - 001 (ALC)

ORDER

-------------------------------------------------------x

It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by MCC Consulting Inc., in the amount of $4,500, for professional services rendered in connection with the above captioned case.

SO ORDERED,
1-7-19
Dated: New York, New York

Honorable Andrew L. Carter Jr.
U.S. District Judge