

**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 8, 2019

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-14-19

Re:   *United States* v. *Elliot Halberstam*, 15 Cr. 825 (ALC)

Dear Judge Carter:

    The Government writes to request that the sentencing hearing in the above-captioned case be briefly adjourned in order to accommodate the victim's and his family's schedule. As the Court is aware, they have arranged their schedules around each of the previously scheduled sentencing dates, but they are unable to attend the rescheduled date of February 26, 2019. Accordingly, the Government requests that sentencing be adjourned to February 28, 2019, to allow the victim and his family to attend. The Government understands that this is a convenient date for both the Court and defense counsel.

*The application is granted. Sentencing adjourned to February 28, 2019 at 12:00 p.m. So Ordered.*

*/s/ Andrew L. Carter*
*2-14-19*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Andrew D. Beaty
Assistant United States Attorney
(212) 637-2198

cc:   Stacey Richman, Esq.