# THE LAW OFFICES OF
# Richman Hill & Associates PLLC

2027 Williamsbridge Road, Bronx, NY 10461
718.892.8588 | fax: 718.518.0674

Stacey Richman, Esq.
srichmanlaw@msn.com

Renée C. Hill, Esq.
rhillesq@msn.com

February 25, 2019

Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

       Re: <u>United States v. Elliot Halberstam</u>
       15 Cr. 825 (ALC)
       Requesting the Assistance of the Court

       Current Date: February 28, 2018, 12:00 p.m.

Your Honor:

  I may need to request the assistance of the Court as I am to be before the Honorable David S. Zuckerman, A.J.S.C. in County Court (Supreme Court) in Rockland County in People v. Joseph Lewin, 237/18 for trial at 9:30 a.m on 2/28/19.

  I had advised the County Court of our Halberstam dates (initially 2/26/19), when the Rockland matter was originally calendared. The Lewin matter was put on for 2/26/19 despite my affirmation advising of the Halberstam matter. The Rockland Court then moved the trial date to 2/28/19 to accommodate the Assistant District Attorney's vacation. I explained we had already been moved to 2/28/19; I have called to advise the Court, left messages and sent a fax. I have as yet received no response. This letter follows my email to all in the Halberstam matter; and discussion with Ms. Hunter-Hicks earlier this morning.

  I had hoped I would hear back from the court already, obviating the need to bother the court.

  I do not want to offend any Court; logistically however I do not physically know how I can be in Rockland and be back before this Court at noon.

  I have a co-counsel in the Rockland matter but as it is set for trial I too must be present. I am hopeful to hear from the Rockland Court tomorrow and will advise Ms. Hunter-Hicks immediately.

  I may request this Court's direction and assistance. Perhaps if there is no response a call could be made to Judge Zuckerman, his chambers number is 914-

824-5386 requesting even a one day adjournment so that I may accommodate all. Another option would be a brief delay of the Halberstam sentencing, which I know is not optimal and to which I am quite sure the Government is opposed.   My goal is to serve all properly. Again my apologies for any and all inconvenience.

Most respectfully,

Stacey Richman

Cc: Andrew.Beaty@usdoj.gov
Christopher_Paragano@nysp.uscourts.gov