USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: _____
DATE FILED: **2.28.19**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

                                         **ORDER**

                                         **15-CR-825 (ALC)**

          -v-

Elliot Halberstam,

                  Defendant(s)
-------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    The February 28, 2019 sentencing is adjourned to **3:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
      February 27, 2019

                                ANDREW L. CARTER, JR.
                                UNITED STATES DISTRICT JUDGE