

THE LAW OFFICES OF
# Richman Hill & Associates PLLC

2027 Williamsbridge Road, Bronx, NY 10461
718.892.8588 | fax: 718.518.0674

Stacey Richman, Esq.
srichmanlaw@msn.com

Renée C. Hill, Esq.
rhillesq@msn.com

March 1, 2019

Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

>  Re: <u>United States v. Elliot Halberstam</u>
>  15 Cr. 825 (ALC)
>  Designation Request

Your Honor:

    At the end of our emotional sentencing hearing yesterday evening, counsel neglected to request that Mr. Halberstam be designated as close to the New York City metro area as possible. Given his elderly parents and their health limitations all distances are of issue and thus if the Court could recommend a designation as close to New York City as possible it would perhaps permit them to visit with Mr. Halberstam.

    I want to as well thank Ms. Hunter-Hicks specifically for her amazing coordination in locating and coordinating Mr. Halberstam's collection by the marshalls from the hospital to get him to court yesterday.

                                          Most respectfully,

                                          Stacey Richman

Cc: Andrew.Beaty@usdoj.gov