USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-30-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Elliot Halberstam,<br><br>                    Defendant. | **Consent Order of Restitution**<br><br>15 Cr. 825 (ALC) |

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Andrew D. Beaty, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of the above-referenced Indictment; the consent of the Defendant; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Elliot Halberstam, the Defendant, shall pay restitution in the total amount of $150,000 to the victim of the offense charged in Count One. The names and address of the victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Schedule of Payments.** Restitution shall be paid in monthly installments of at least 10% of gross monthly income over a period of supervision to commence 30 days after the date of judgment or release from custody, whichever is later. The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing address or residence address that occurs while any portion of the restitution remains unpaid.

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims

03.14.2019

attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

May 30, 2019

_____
UNITED STATES DISTRICT JUDGE